**Electronically Filed
Supreme Court
SCWC-13-0002488
24-DEC-2013
09:22 AM**

SCWC-13-0002488

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

RICHARD BLAISDELL, Petitioner/Plaintiff-Appellant,

vs.

DEPARTMENT OF PUBLIC SAFETY, Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0002488; CIV. NO. 11-1-2008)

ORDER REJECTING PETITION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

The petition for writ of certiorari, filed on December 3, 2013, is hereby rejected.

DATED: Honolulu, Hawai'i, December 24, 2013.

Richard Blaisdell,
petitioner pro se

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

